IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Claudia Webb | ) | 23 B 16925 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Judge Thorne |

NOTICE OF OBJECTION

Please take notice that the Glenn Stearns, Chapter 13 Trustee objects to the Attorney's Application for Compensation:

1) The last plan filed by Mr. White on 4/18/24 improperly attempts to retroactively reduce the plan payment, fails to properly address the secured and unsecured creditors and of the debtor despite the efforts of the Trustee and the objecting creditors.
2) Mr. White has not provided any value to the debtor by failing to file a confirmable plan on behalf of his client.

Glenn Stearns, Trustee;

_____/s/_____
By: Gerald Mylander

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532